UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 19-0565 YGR** |
| Plaintiff, ) | [PROPOSED] **FINAL ORDER OF FORFEITURE** |
| v. ) | |
| BRIAN PAUL MORALES, ) | |
| Defendant. ) | |

On September 1, 2020, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

1) One Samsung 64 GB USB 3.0 thumb drive; and

2) One Samsung Galaxy S8+, model SM-G955U, IMEI: 357725080389258 (hereinafter the "subject property").

pursuant to the provisions of 18 U.S.C. §§ 2253(a) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and 21 U.S.C. § 853.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 19-0565 YGR                                                                 1

THEREFORE, it is so ordered that the above-described property shall be forfeited to the Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: November 10, 2020

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE